IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| HEART LAND DRILLING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TREATY ENERGY CORPORATION, | ) | |
| | ) | |
| Defendant | ) | Civil Action No. 1:14-CV-077-C |

**DEFAULT JUDGMENT**

Plaintiff appeared through its attorney of record through submission of its Motion for Entry of Default Judgment and Brief to the Court. Defendant is in default the Court's order filed August 19, 2015.

The Court has considered the pleadings and records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiff.

It is accordingly ADJUDGED that Heart Land Drilling, Inc., Plaintiff, recover from Treaty Energy Corporation, Defendant, judgment for-

1. $ 383,742.54 as the principal amount due;

2. $ 99,352.52 as interest on the principal amount to the date of judgment;

3. $ 7,999.14 as attorney's fees and expenses; if Defendant does not appeal this judgment to the court of appeals and time for appeal to that court has expired, or if Defendant successfully appeals to the Circuit Court of Appeals, Defendant shall be entitled to a remittitur of $15,000.00 against the judgment for attorney's fees; and if Defendant does not appeal from the court of appeals to the United States Supreme Court and time for that appeal has expired, or if Defendant

successfully appeals to the United States Supreme Court, Defendant shall be entitled to a remittitur of $15,000.00 against the judgment for attorney's fees; and

4. interest at the rate of 0.37 percent per year on the total judgment from the date of judgment until paid.

It is further ADJUDGED that the security interest of Heart Land Drilling, Inc., Plaintiff, in the property described the Affidavit for Mechanic's and Materialman's Lien is foreclosed; that an order of sale shall issue to any United States Marshall, directing him to seize and sell the collateral as under execution, in satisfaction of this judgment; and that, if the collateral cannot be found or if the proceeds of the sale are insufficient to satisfy the judgment, the officer shall take the money, or any balance thereof remaining unpaid, out of any property of Treaty Energy Corporation, Defendant, as in the case of ordinary executions.

It is ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on September 9, 2015.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE